UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER FELIZ,

                              Petitioner,

         -against-

CITY OF NEW YORK, et al.,

                              Respondents.

18-CV-3680 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 9, 2020, denying the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated: January 9, 2020
          New York, New York

COLLEEN McMAHON
Chief United States District Judge